COHEN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Molly Cohen against the City of New York. H. Crone, of New York City,

for appellant. S. Lowenthal, of New York City, for respondent. No opinion. Judgment reversed, with costs, and complaint dismissed, with costs, on Lalor v. City of New York, 208 N. Y. 431, 102 N. E. 558. Settle order on notice.